UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.** |
| v. | : | |
| | : | |
| **RAMON RODRIGUEZ,** | : | |
| | : | |
| Defendant. | : | |

**INFORMATION**

The United States Attorney informs the Court that:

**COUNT ONE**
**(OFFERING, GIVING, SOLICITING, OR RECEIVING A GRATUITY)**

At all times material to this information:

1. Between January 1, 2003 and July 1, 2005, defendant RAMON RODRIGUEZ was employed as an Education Program Specialist in the Office of Special Education and Rehabilitative Services for the United States Department of Education. Defendant RAMON RODRIGUEZ's offices were located at 550 12th Street, in the District of Columbia. In his capacity as Program Specialist, Defendant RAMON RODRIGUEZ was a public official, responsible for monitoring numerous grants worth millions of dollars awarded by the United States Department of Education to educational institutions that provide services to the deaf and hearing-impaired community. Defendant RAMON RODRIGUEZ's responsibilities included approving changes to project plans and budgets and evaluating whether grantees met project

goals and expectations. Grantees were required to provide project updates to defendant RAMON RODRIGUEZ and to obtain his approval for various aspects of their grant projects, including, in some cases, the expenditure of grant funds.

2. After receiving anonymous complaints regarding defendant RAMON RODRIGUEZ's activities as a Program Specialist, the Department of Education's Office of the Inspector General (ED OIG) began an investigation. The investigation revealed that defendant RAMON RODRIGUEZ had attempted to influence "GRANTEE" (an entity associated with a university in California), to hire his girlfriend and to enter into a contract for grant-related services with a private company based out of Maryland ("COMPANY A"). Defendant RAMON RODRIGUEZ was the Project Officer in charge of reviewing GRANTEE's expenditures and ensuring its compliance with Department of Education regulations. Defendant RAMON RODRIGUEZ was good friends with the President of COMPANY A.

3. Between October 2004 and December 2004, defendant RAMON RODRIGUEZ proposed that GRANTEE contract with COMPANY A to provide services in conjunction with one of the grant's projects. E-mails from defendant RAMON RODRIGUEZ's work-issued computer also reveal that in November 2004, defendant RAMON RODRIGUEZ corresponded with his girlfriend and Company A employees about how to draft the proposal for the contract with GRANTEE.

4. On December 14, 2004, defendant RAMON RODRIGUEZ approved GRANTEE's earlier request to carry over grant funds as well as budget revisions to the grant. On December 16, 2004, a contract between COMPANY A and GRANTEE was presented to the Department of Education in Washington, D.C. The president of Company A signed the contract on December

27, 2004 and a representative of GRANTEE signed the contract the following week. The total proposed cost of the contract between GRANTEE and COMPANY A was $162,323.

5.  The contract specified payments of $27,600 and $13,800 to the Research Director. Shortly after the contract was ratified, defendant RAMON RODRIGUEZ's girlfriend was hired as the project's Research Director. In January 2005, defendant RAMON RODRIGUEZ's girlfriend began working for COMPANY A under the contract with GRANTEE, installing computers at schools in California and Oregon. The first installment payment on the contract was made to Company A on February 8, 2005 in the amount of $86,359.00.

6.  Department of Education OIG and FBI agents executed a search warrant on defendant RAMON RODRIGUEZ's residence in September 2005. During an interview with agents, Defendant RAMON RODRIGUEZ admitted that COMPANY A's president had hired his girlfriend as the Research Director for the contract that COMPANY A had negotiated with GRANTEE between December 2004 and January 2005. Defendant RAMON RODRIGUEZ also told agents that COMPANY A's president informed him that he would be able to pay defendant RAMON RODRIGUEZ for the services he had provided over the past couple of years if COMPANY A received the contract with GRANTEE. Between January and March 2005, COMPANY A's president paid defendant RAMON RODRIGUEZ $10,000 in cash in two separate installments. The installments corresponded to the installment payments COMPANY A received pursuant to its contract with GRANTEE.

7.  On or between about January 1, 2005 and March 31, 2005, in the District of Columbia, the Defendant, RAMON RODRIGUEZ, a public official, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did demand, seek,

receive, accept, and agree to receive and accept something of value personally for and because of an official act performed or to be performed by such official, that is advocating that the contract between GRANTEE and COMPANY A be ratified.

**(Offering, Giving, Soliciting, or Receiving a Gratuity, in violation of Title 18, United States Code, Section 201(c)(1)(B))**

        Respectfully submitted,

        KENNETH WAINSTEIN
        United States Attorney for the District of Columbia

By:
        KIM HERD
        Assistant United States Attorney
        DC Bar #461615
        Fraud and Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 616-9370