U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

RAMON RODRIGUEZ : Case No. 06-213

:

**ORDER**

FILED
JUL 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __26th__ day of __JULY__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __July 27, 2006__ by __Agent Ronald Wormsley, ED OIG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __U.S. DISTRICT COURT__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~Magistrate~~ ROYCE C. LAMBERTH

DEFENSE COUNSEL

DOJ USA-16-1-80